IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


DWAYNE JAY NORTON,

      Petitioner,

v.                                           CASE NO. 4:07-cv-00490-MP-WCS

WILLIAM MCCOOL,

      Respondent.

_____/

**O R D E R**

      This matter is before the Court on Doc. 4, the Report and Recommendation of the

Magistrate Judge, recommending that this case be dismissed.  The Court agrees that Petitioner

has failed to disclose prior cases which have been dismissed.  Also, Petitioner, has failed to so

report in several prior cases.  Accordingly, no extension of time is appropriate and this case

should be dismissed.  It is hereby

      **ORDERED AND ADJUDGED:**

      The motion for extension of time (doc. 7) is denied.  The Report and Recommendation of
the Magistrate Judge is adopted and incorporated herein.  This action is DISMISSED,
and the clerk is directed to close the file.

      **DONE AND ORDERED** this *23rd* day of January, 2008


                *s/Maurice M. Paul*
             Maurice M. Paul, Senior District Judge